# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-4963-CJC (OP) | Date | April 30, 2014 |
|---|---|---|---|
| Title | Charles Cromer v. Unknown | | |

| Present: The Honorable | Oswald Parada, United States Magistrate Judge | |
|---|---|---|
| Donnisha Brown, Relief CRD | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS:   ORDER TO SHOW CAUSE

On December 27, 2013, Charles Cromer ("Plaintiff") filed a Second Amended Civil Rights Complaint pursuant to 42 U.S.C. § 1983 ("SAC").  (ECF No. 11.)  On February 5, 2014, the Court dismissed the SAC with leave to amend.  (ECF No. 12.) Plaintiff had until March 5, 2014, to file a Third Amended Complaint ("TAC").  On March 19, 2014, the Court granted Plaintiff's request for an extension of time to file the TAC.  (ECF No. 12.)  Plaintiff had until April 18, 2014, to file the TAC.  To date, Plaintiff has not filed the TAC.

Accordingly, Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute.  Plaintiff is again admonished that his failure to file the TAC or failure to otherwise respond to the OSC by May 30, 2014, shall result in the Court recommending that this action be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

cc:  All Parties of Record

| | Initials of Preparer | dsb |
|---|---|---|