O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES CROMER, | ) | Case No. CV 13-4963-CJC(OP) |
| | ) | |
| Plaintiff, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| v. | ) | RECOMMENDATIONS OF |
| UNKNOWN, et al., | ) ) | UNITED STATES MAGISTRATE JUDGE |
| , | ) | |
| | ) ) | |
| Defendants. | ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that: (1) accepting this Report and Recommendation; (2) dismissing the Third Amended Complaint without leave to amend for failure to follow the Court's order; and (3) directing that Judgment be entered dismissing this action with prejudice.

DATED: July 2, 2014

HONORABLE CORMAC J. CARNEY
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge